IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| Jackie Richardson, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 9:17-01554-TMC |
| v. | ) | |
| | ) | **ORDER** |
| Bryan Stirling, Cecilia Reynolds, Jerry | ) | |
| Washington, Lisa Engram, Catherine | ) | |
| Amason, Marie Leggins and John Does, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, a state prisoner proceeding pro se and *in forma pauperis*, brought this action seeking relief pursuant to Title 42, United States Code Section 1983. In accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02, D.S.C., this matter was referred to a magistrate judge for pretrial handling. Before the court is the magistrate judge's Report and Recommendation ("Report"), that this action be dismissed because Plaintiff's suit is time-barred. (ECF No. 30). Plaintiff was advised of his right to file objections to the Report. (ECF No. 30 at 10). However, Plaintiff filed no objections to the Report, and the time to do so has now run.

The Report has no presumptive weight and the responsibility to make a final determination in this matter remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). In the absence of objections, this court is not required to provide an explanation for adopting the Report. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

1

After a careful and thorough review of the record under the appropriate standards, as set forth above, the court adopts the magistrate judge's Report (ECF No. 30), which is incorporated herein by reference. Accordingly, Defendants' Motion to Dismiss (ECF No. 18) is **GRANTED**, and this case is **DISMISSED** because Plaintiff failed to file this suit within the applicable statute of limitations.

**IT IS SO ORDERED.**

                                                    s/Timothy M. Cain
                                                  United States District Judge

Anderson, South Carolina
March 20, 2018

NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.